No. 84–5339. WINGO *v.* LOUISIANA. Sup. Ct. La.;
No. 84–6073. NELSON *v.* LOUISIANA. Sup. Ct. La.;
No. 84–6224. WALDROP *v.* ALABAMA. Sup. Ct. Ala.;
No. 84–6250. MILTON *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.;
No. 84–6251. NUCKOLS *v.* OKLAHOMA. Ct. Crim. App. Okla.;
No. 84–6285. AVERHART *v.* INDIANA. Sup. Ct. Ind.;
No. 84–6348. COPELAND *v.* FLORIDA. Sup. Ct. Fla.; and
No. 84–6442. WEEKS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. Reported below: No. 84–5339, 457 So. 2d 1159; No. 84–6073, 459 So. 2d 510; No. 84–6224, 459 So. 2d 959; No. 84–6250, 744 F. 2d 1091; No. 84–6251, 690 P. 2d 463; No. 84–6285, 470 N. E. 2d 666; No. 84–6348, 457 So. 2d 1012; No. 84–6442, 456 So. 2d 404.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.